IN THE SUPREME COURT OF THE STATE OF DELAWARE

JEFF HIMAWAN, JOSH TARGOFF and STEPHEN TULLMAN, as the duly-appointed Representatives of the former stockholders of CEPTION THERAPEUTICS, INC.,

Plaintiffs Below,
Appellants,

v.

CEPHALON, INC. and TEVA PHARMACEUTICALS USA, INC.,

Defendants Below,
Appellees.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

No. 226, 2024

Court Below—Court of Chancery of the State of Delaware

C.A. No. 2018-0075

Submitted: January 15, 2025
Decided: January 24, 2025

Before **SEITZ**, Chief Justice; **VALIHURA, TRAYNOR**, **LeGROW**, and **GRIFFITHS**, Justices, constituting the Court *en banc*.

## **ORDER**

This 24th day of January, 2025, after consideration of the parties' briefs, the argument of counsel, and the record on appeal, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its December 28, 2018 and April 30, 2024 Memorandum Opinions.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice